

# IN THE
# TENTH COURT OF APPEALS

### No. 10-17-00332-CV

KATRINA AHRENS,

**Appellant**

 v.

DALLAS POLICE ASSOCIATION, DPA'S
ASSIST THE OFFICER FOUNDATION, INC.,
FREDERICK FRAZIER, CITY OF DALLAS,
AND ZAC PRODUCTS II, LLC,

**Appellees**

### From the 249th District Court
### Johnson County, Texas
### Trial Court No. DC-C201700365

## O R D E R

The Reporter's Record in this appeal was filed on November 7, 2017 and Clerk's Record was filed on December 6, 2017. On January 4, 2018, appellant's motion for extension of time to file her brief was filed in which appellant requested an extension of time to file her brief until after the Court decides its *sua sponte*-raised question of jurisdiction of this appeal. The motion was unopposed.

The Court has decided to carry the jurisdictional question until the briefing is completed. Accordingly, appellant's motion for extension of time is denied. Appellant's brief is due 30 days from the date of this order.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion denied
Order issued and filed August 1, 2018

